UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTA H.,

        Plaintiff,                 Case No. 1:22-cv-10463

v.                                           Honorable Thomas L. Ludington
                                                United States District Judge

COMMISSIONER OF SOCIAL SECURITY,

                                                Honorable Elizabeth A. Stafford
        Defendant.              United States Magistrate Judge

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES**

On September 22, 2023, Magistrate Judge Elizabeth A. Stafford, issued a report recommending that this Court grant Plaintiff's Motion for Attorney's Fees. ECF No. 20. Specifically, Judge Stafford recommended that Plaintiff's attorney be awarded $16,620.98 in attorney's fees under 42 U.S.C. § 406(b) and that he be directed to refund Plaintiff the EAJA award of $7,406.25. ECF No. 22. Judge Stafford provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the Report.

Accordingly, it is **ORDERED** that Judge Altman's Report and Recommendation, ECF No. 22, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for Attorney's Fees, ECF No. 20, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Attorney is **AWARDED** attorney's fees in the amount of $16,620.98.

- 2 -

Further, it is **ORDERED** that Plaintiff's attorney is **DIRECTED** to refund Plaintiff the EAJA award of $7,406.25.

**This is a final order**.

Dated: October 10, 2023                         s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge